UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FLOYD RAY JACKSON

VERSUS

HERIBERTO PEREZ, ET AL.

CIVIL ACTION

NO. 13-504-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated September 25, 2013 (doc. no. 13) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Unopposed Motion to Remand (doc. no. 12) is GRANTED, and this matter is REMANDED to the 18th Judicial District Court, Parish of Iberville, State of Louisiana.

Baton Rouge, Louisiana, this 22nd day of October, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA